UNITED STATES of America,
Plaintiff–Appellee,

v.

Andrew William JONES, Defendant–Appellant.

No. 12–6567.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Andrew William Jones, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia; Michael C. Vasiliadis, United States Department of Justice, Washington, D.C., for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew William Jones appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones,* No. 1:08–cr–00502–JCC–1 (E.D.Va. Mar. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*